Dale Maisano
Arizona State Prison Tucson Manzanita
P.O. Box 24401
Tucson, Arizona 85734

RECEIVED

NOV 21 2012

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

In The United States District Court
For The Westeren District of Pennsylvania

Dale Maisano,
   Plaintiff,

  v.

Wexford Medical Services,
AKA Wexford Health
Services. AKA Wexford
Health Sorces Inc. Doctor
Garcia. United States Attorney
General Eric Himpton Holder Jr.,
Deputy Warden D. Lundburg,
Captain Robinson. Warden P.
Schroeder, Director A DOC
Charles Ryan, Ariz. Gov. Jan
Brewer. Atty. Gen Tom Horne,
U.S. Senator McCain. Senator
Kyle, U.S House Represenatives
Jeff Flake, Trent Franks,
Paul Gosar, Raul Grijalva,
Ed Pastor, Ben Quayle,
David Schweikert, Arizona
State of, Defendent.

12-1705

Jury Trial Demanded X 12
New Emergency Medical Action
Under 42 U.S.C § 1997 (e). 42
U.S.C. §§ 1985. 1986. Under
The Civil Rights Act of 1871
As Put. Parties. Under The 11TH
Amendment as for Arizona State
Of. By Means of Taking Federal
Funding and Failing to Train
Staff as well as Failed to train
The for Profit Wexford etc. etc
As Well as Under The Basic
Treatment of Prisoners" Established
Under " Standard Minimum Rules"
For Treatment of Prisoners
Approved by First United Nations
Congress on The Prevention of
Crime and Treatment of Offenders
Held at Geneva in 1955 and
Approved by The Economic and
Social Counsel by Resolution 663-C
on July 31, 1957

and 2076 of May 1471, As Well as Under The Civil Rights of Institutionalized Person Act (CRIPA) Last but not Least Under The 5th & 14th Amendments of The United States Constitution.

The Plaintiff Comes To The Court after being Refused Medical Care for an Ongoing Well Documented Medical issue dating back to 6-6-1986. The Plaintiff is 100% Disabled from The U.S. Dept. of Labor with a Lower Back Injury see Exhibit # A The MRI Communique of 4/5/11 from Doctor Wohler A DOC Thu Doctor is Board Certified. Next Please Go to Exhibit # B. Emergency Medical Pre-Grievance of 11-13-12. My Issue is quite Simple, I'm Suffering Daily at The Hand of Wack Job Doctors such as Castsaras and Now VIA SPACE Doctor Garcia one More Wexford Wack Job.

As The Record Reflects My Lower Back is Gone. I wear a full back brace. My Face Numbness is most likely Caused by The Brain Issue on Exhibit # A

I like to do one issue at a time but as The Court can see both are here in one short Pre-Grievance and that comes to My Grievance Waiver Exhibit # C. Next how do we have all These Defendants with exception to Doctor Garcia and Doctor Castsaras whom is not a Defendant all were sent Exhibit D 1 and 2. See Exhibit "E" Short List on Wexford.

1. Treatment at a local Hospital Forthwith see Casey V. Lewis 835 F Supp (1993)
2. The Arizona National Guard Need to Be Put in Charge of all Medical Statewide for All Prison / Prisoners
3. Do to The Fact I'm not Given Legal Copies as Lewis V. Casey States, Service is requested VIA The Court on all Defendants Forthwith.
4. Ne-Exits Need to be Placed on All Defendants Personal and Real Property Forthwith.
5. Under The Civil Rights Act of 1871 From each and every Defendant I Do Request Five Trillion Dollars U.S. Dollars. This is not a Joke.
6. In The Event of My Death all Proceeds to Go To Allissa Maisano as well full Power of Attorney for this Action.
7. A Special Master is needed to oversee Medical Care in each State Wexford is Operating its Scam Services
8. Do To The Fact the Plaintiff has No Law Library or Access to Caselaw as Lewis V. Casey states Any Caselaw used by The Courts as well as all Defendants Must Be Furnished To The Plaintiff.
9. This Action Repeats its Self Daily and Should be certified as Class Action.
10. One Expert Witness will be needed for trial.
11. Under The Color of State and Federal Law from each Defendant The Plaintiff Requests Ten Trillion Dollars U.S. Dollars This as well is not a Joke Your Cash...
   Prior to Wexford it was so bad. Now Worse see Paisen V. Ryan Was filed at U.S.D.C. (D. Ariz) Case No 2:12 CV 601 (NV.W.)

3

Last see Gamez V. Ryan U.S.D.C. Case 2:10 CV 0207 Phx JWS (MEA) The Court Must Stop The Madness

Submitted This 14th Day of Nov 2012

By /s/ Dale Maisano
Dale Maisano

CC See RR 308 As well as a fully copy for The Plaintiff VIA The Clerk of The U.S. Dist Ct.